KAREN A. GRIMES *v.* CONSERVATION COMMISSION
OF THE TOWN OF LITCHFIELD

The plaintiff's petition for certification for appeal from the Appellate Court, 49 Conn. App. 95 (AC 14698), is denied.

*William C. Franklin,* in support of the petition.

*Kenneth R. Slater, Jr.,* and *Gail E. McTaggart,* in opposition.

Decided September 15, 1998

STATE OF CONNECTICUT *v.* KENNETH HENRY

The defendant's petition for certification for appeal from the Appellate Court, 49 Conn. App. 41 (AC 15876), is denied.

BERDON, J., dissenting. I would grant the defendant's petition for certification to appeal.

*Richard L. Grant,* in support of the petition.

*Paul J. Ferencek,* assistant state's attorney, in opposition.

Decided September 15, 1998

STATE OF CONNECTICUT *v.* NOEL MENDOZA

The defendant's petition for certification for appeal from the Appellate Court, 49 Conn. App. 323 (AC 15791), is denied.

*Michael L. Moskowitz,* in support of the petition.

*Lisa Herskowitz,* assistant state's attorney, in opposition.

Decided September 15, 1998

STATE OF CONNECTICUT *v.* WILLIAM MORRIS

The defendant's petition for certification for appeal from the Appellate Court, 49 Conn. App. 409 (AC 16144), is denied.

*Donald Dakers,* special public defender, in support of the petition.

*Carolyn K. Longstreth,* assistant state's attorney, in opposition.

Decided September 15, 1998

THOMAS F. BROWN *v.* WILLIAM VILLANO ET AL., COCONSERVATORS (ESTATE OF RUTH VILLANO)

The plaintiff's petition for certification for appeal from the Appellate Court, 49 Conn. App. 365 (AC 16199), is denied.

*Thomas F. Brown,* in support of the petition.

*Charles D. Ray,* in opposition.

Decided September 15, 1998

SAYBROOK POINT MARINA PARTNERSHIP *v.* TOWN OF OLD SAYBROOK ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 49 Conn. App. 106 (AC 16251), is denied.